**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6514**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

     versus

LAWRENCE WOODARD,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CR-96-109)

———————

Submitted:  August 28, 2003     Decided:  September 4, 2003

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lawrence Woodard, Appellant Pro Se.  Karen Breeding Peters, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Woodard appeals the district court's order denying his motion for a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Woodard</u>, No. CR-96-109 (W.D. Va. Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>